IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
**FILED**
NOV 08 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

HANNA ALBINA and AUSTIN WILLARD, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

THE ALIERA COMPANIES, INC., TRINITY HEALTHSHARE, INC., and ONESHARE HEALTH, LLC d/b/a UNITY HEALTHSHARE, LLC,

Defendants.

Case No.: 5:20-CV-00496-JMH

***ELECTRONICALLY FILED***

## ORDER EXPEDITING RULING AS TO PLAINTIFFS' PENDING MOTIONS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Plaintiffs, having filed a Motion to Expedite the ruling on its two pending motions before this Court; specifically, (1) Plaintiffs' Motion to Lift Stay, Deny all Pending Motions, and Enter Default Judgment as to The Aliera Companies, Inc., and (2) Plaintiffs' Motion to Certify Class, the Defendant The Aliera Companies, Inc., not being represented by counsel, and the Court having considered the matter herein and otherwise being sufficiently advised,

IT IS NOW THEREFORE ORDERED AND ADJUDGED that Plaintiffs' motion to expedite its ruling of Plaintiffs' pending motions is GRANTED.



This 8th day of November, 2021.

Joseph M. Hood
United States District Judge