Eastern District of Kentucky
**F I L E D**

NOV 0 8 2021

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

|  |  |
|---|---|
| HANNA ALBINA and AUSTIN WILLARD, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC., TRINITY HEALTHSHARE, INC., and ONESHARE HEALTH, LLC d/b/a UNITY HEALTHSHARE, LLC,<br><br>Defendants. | Case No.: 5:20-CV-00496-JMH<br><br>***ELECTRONICALLY FILED*** |

**ORDER LIFTING STAY AS TO ALIERA AND
DENYING MOTION TO DISMISS OR COMPEL ARBITRATION**

** ** ** ** ** ** ** ** ** **

The Plaintiffs has filed a Motion to lift stay, deny all pending motions, and enter default judgment, as to The Aliera Companies, Inc. The Plaintiffs have submitted a memorandum in support of their motion, the Defendant The Aliera Companies, Inc., is not represented by counsel, and the Court has considered the matter herein and is otherwise sufficiently advised.

The Court finds that on October 4, 2021, this Court allowed counsel for The Aliera Companies, Inc., to withdraw from this matter, discharging counsel from further duties. The Court further ordered that replacement counsel appear within 30 days. [D.E. 63.] The Court finds that more than 30 days has elapsed and no replacement counsel has appeared on behalf of the Aliera Companies, Inc. Plaintiffs served Aliera with appropriate notice of this motion.

IT IS NOW THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

1.      Plaintiffs' motion to lift the stay as to The Aliera Companies, Inc., is hereby GRANTED and this action may proceed immediately against The Aliera Companies, Inc. The automatic stay in bankruptcy pursuant to 11 U.S.C. § 362 remains in place as to Trinity Healthshare, Inc. This order has no effect on the current stay of litigation against OneShare Health, LLC.

2.      The Aliera Companies, Inc., being unrepresented by counsel, has waived all arguments on its pending motion to dismiss, or alternatively, to compel arbitration. [DE 33.] That motion is therefore DENIED AS MOOT.

3.      The Court finds that The Aliera Companies, Inc., is in default because it is not represented by counsel after having been given sufficient opportunity to obtain counsel. The clerk is directed to ENTER A DEFAULT forthwith as to The Aliera Companies, Inc.

4.      Following entry of default and consideration of Plaintiffs' Motion for Class Certification, the Court will enter a separate default judgment against The Aliera Companies, Inc.



This the 8th day of November, 2021.

Joseph M. Hood
United States District Judge