UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

HANNA ALBINA and AUSTIN WILLARD
Individually and on behalf of others similarly situated

Plaintiff,

v.

The Aliera Companies, Inc. et al

Defendants.

Civil Action No. 5:20-cv-496-JMH

**CLERK'S ENTRY OF DEFAULT**

As directed by Order entered November 8, 2021, (DE 69), and pursuant to Federal Rule of Civil Procedure 55(a), **DEFAULT** is hereby **ENTERED** in this matter as to The Aliera Companies, Inc.

This the 8th day of November, 2021.

*[signature]*

ROBERT R. CARR, CLERK
United States District Court
Eastern District of Kentucky