# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| HANNA ALBINA and AUSTIN WILLARD, individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>THE ALIERA COMPANIES, INC., TRINITY HEALTHSHARE, INC., and ONESHARE HEALTH, LLC d/b/a UNITY HEALTHSHARE, LLC,<br><br>   Defendants. | CIVIL ACTION NO. 5:20-cv-00496-JMH |

  THE COURT, having considered counsel for Defendant Trinity Healthshare, Inc.'s ("Trinity") Motion to Withdraw and the facts and arguments contained therein, finds that the Motion is well-taken and should be granted.

  ACCORDINGLY, the Court hereby GRANTS McBrayer PLLC's Motion to Withdraw and FINDS AND ORDERS that Jon A. Woodall, Luke Morgan and Scott A. Schuette and the law firm of McBrayer PLLC are discharged and terminated as counsel of record for Trinity in this matter.

  THE COURT further finds that Trinity shall have thirty (30) days from the date of this Order in which to hire replacement counsel, and that all upcoming deadlines in the next thirty (30) days from the date of this Order are extended for sixty (60) days from the date(s) of such deadlines.

  Dated: December 2nd, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge