UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

|  |  |
|---|---|
| **In re: REASSIGNMENT OF PENDING CIVIL CASES** ) ) ) ) ) ) ) ) ) ) | **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

United States District Judge Joseph M. Hood will assume inactive status on October 14, 2022. Therefore, the following cases are **REASSIGNED** to the judges listed below:

**United States District Judge Karen K. Caldwell:**

*Murphy v. Robey*, 0: 20-CV-058

*USA v. 12 Parcels of Real Property located in Carlisle, et al.*, 5: 16-CV-043

*Ascion, LLC v. Tempur Sealy International, Inc., et al.*, 5: 17-CV-403

*USA v. Fitzgerald, et al.*, 5: 18-CV-604

*USA v. Mullins, et al.*, 5: 19-CV-325

*Thacker v. Ethicon, Inc., et al.*, 5: 20-CV-050

*Manuel v. Higgins, et al.*, 5: 20-CV-127

*Sexton v. Ethicon, Inc., et al.*, 5: 20-CV-282

*King v. Paragon Rehabilitation, Inc., et al.*, 5: 20-CV-469

*Snowden v. Hartford Life & Accident Insurance Co.*, 5: 21-CV-144

*Vanek, et al. v. The Ohio Casualty Insurance Co., et al.*, 5: 21-CV-183

*Poynter v. Wilson, et al.*, 5: 21-CV-208

*McIntosh v. Crews, et al.*, 5: 21-CV-236

*Riffe v. PHEAA, et al.*, 5: 21-CV-256

*Murphy v. Nationwide Mutual Insurance Co., et al.*, 5: 21-CV-282

*Barnett v. USA*, 5: 22-CV-232

*Caudill v. SSA*, 7: 20-CV-128

**United States Chief District Judge Danny C. Reeves:**

*USA v. Atnip*, 5: 99-CV-012

*Sealed v. Sealed*, 5: 14-MC-425

*Arrowood v. McIntosh, et al.*, 5: 17-CV-082

*Stapleton, et al. v. Vicente, et al.*, 5: 18-CV-504

*Sealed v. Sealed*, 5: 18-MC-88888

*Holt v. Specialized Loan Servicing, LLC, et al.*, 5: 19-CV-250

*Leaman, et al. v. GenCanna Global Inc., et al.*, 5: 19-CV-498

*Shelter Mutual Insurance Co. v. Spurlin, et al.*, 5: 20-CV-063

*Price v. Windell, et al.*, 5: 20-CV-176

*USA v. $27,699.76 Seized from Citizen Bank Account*, 5: 20-CV-353

*Albina, et al. v. The Aliera Companies, Inc., et al.*, 5: 20-CV-496

*Olenik v. The Ohio Casualty Insurance Co., et al.*, 5: 21-CV-180

*Standafer v. Trilogy Healthcare Holdings, Inc., et al.*, 5: 21-CV-191

*Fellows v. Depuy Synthes Products, Inc., et al.*, 5: 21-CV-220

*Fritz v. Maynard, et al.*, 5: 21-CV-250

*Guarino v. Northwood Marine Services, LLC*, 5: 21-CV-261

*Wells v. Fresh Foods of Washington, LLC, et al.*, 5: 21-CV-269

*Young v. USA*, 5: 22-CV-258

*Hart v. Lawson, et al.*, 6: 20-CV-147

**United States District Judge Gregory F. VanTatenhove:**

*Doe v. University of Kentucky*, 5: 15-CV-296

*Hall, et al. v. Stanton Health Facilities, LP, et al.*, 5: 17-CV-302

*Vincent, et al. v. Anand*, 5: 18-CV-419

*Tecossl, Inc. v. Avid Labs, LLC, et al.*, 5: 19-CV-043

*ARC Richmond Place, Inc., et al. v. Meece*, 5: 20-CV-047

*Franklin v. USA*, 5: 20-CV-078

*Canal Insurance Co. v. Vicente, et al.*, 5: 20-CV-242

*Workman, et al. v. Texas Eastern Transmission, LP, et al.*, 5: 20-CV-396

The Clerk of the Court is directed to **FILE** this Order in each of the cases listed above.

Dated: October 14, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky