UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| HANNA ALBINA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 20-496-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THE ALIERA COMPANIES, INC., et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter has been stayed pending termination of the automatic stay imposed by Defendant Trinity Healthshare, Inc.'s bankruptcy proceedings. [Record No. 61] Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties are directed to file a joint status report every sixty days until such time as the bankruptcy proceedings are concluded. The parties are also directed to notify the Court when the automatic stay has been lifted.

2. Defendants Oneshare Health, LLC's and Trinity Healthshare, Inc.'s motion [Record Nos. 32 and 35] are **DENIED**, without prejudice to renewal upon lifting of the stay.

Dated: October 28, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky