IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| HANNA ALBINA and AUSTIN WILLARD, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE ALIERA COMPANIES, INC., TRINITY HEALTHSHARE, INC., and ONESHARE HEALTH, LLC d/b/a UNITY HEALTHSHARE, LLC, <br><br> Defendants. | Case No.: 5:20-CV-00496-DCR <br><br> ***ELECTRONICALLY FILED*** |

**JOINT STATUS REPORT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Court's Order entered October 28, 2022 [D.E. 78], Plaintiffs Hanna Albina and Austin Willard and Defendant OneShare Health, LLC, by counsel, submit this joint status report concerning the bankruptcies of various parties.

1.     This matter was stayed in its entirety by Judge Hood, pending the termination of the automatic stay imposed upon the initiation of bankruptcy proceedings of defendant Trinity HealthShare, Inc. [D.E. 61.]

2.     On November 4, 2021, Defendant Aliera was in default because it was no longer represented by counsel and its time to secure new counsel had expired. [D.E. 63, 70.] The Court entered default judgment against Aliera, which remains unrepresented by counsel and in default. [D.E. 72.]

3.      The bankruptcy proceeding involving Trinity Healthshare (at the time of bankruptcy filing, known as Sharity Ministries, Inc.) resulted in confirmation of a plan on December 12, 2021, in the United States Bankruptcy Court for the District of Delaware [Case 21-11001-JTD, Doc. 343], and the formation of a liquidating trust, which is now in effect. Confirmation "does not discharge this Debtor from any debt that arose before the date of the confirmation." Id. at 24, but instead transfers the obligations to creditors the liquidating trust.

4.      The consolidated bankruptcy proceeding relating to Aliera is ongoing in the United States District Court for the District of Delaware [Case No. 21-11548], and the automatic stay afforded by 11 U.S.C. § 362 [D.E. 75] remains in place.

5.      Since the previous status report, the Plaintiffs and OneShare have entered into a binding settlement term sheet but are continuing to negotiate the provisions of the final settlement agreement, and have made substantial progress on the same.

6.      The parties state that they are otherwise in agreement that, at this time, this action should remain stayed pending the outcome of the Aliera bankruptcy.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS

BY:  /s/ Jerome P. Prather

Jerome P. Prather, Esq.
Garmer & Prather, PLLC
141 North Broadway
Lexington, Kentucky  40507
Telephone: (859) 254-9352
Facsimile: (859) 233-9769
jprather@garmerprather.com

James J. Varellas III
D. Todd Varellas
Varellas & Varellas
249 West Short Street
Suite 201
Lexington, KY 40507
Telephone: (859) 252-4473
Facsimile: (859) 252-4476
jayvarellas@varellaslaw.com
tvarellas@varellaslaw.com

Richard E. Spoonemore*
Eleanor Hamburger*
Sirianni Youtz Spoonemore Hamburger
PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone.: (206) 223-0303
Facsimile: (206) 223-0246
rspoonemore@sylaw.com
ehamburger@sylaw.com

William H. Anderson*
Handley Farah & Anderson PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109
Facsimile: (844) 300-1952
wanderson@hfajustice.com

George Farah*
Rebecca P. Chang*
Handley Farah & Anderson PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
rchang@hfajustice.com

ATTORNEYS FOR ONESHARE
HEALTH, LLC

BY:  /s/ Robin E. McGuffin

Chadwick A. McTighe
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone:  (502) 587-3400
cmctighe@stites.com

Janet A. Craig
Gregory P. Parsons
Robin E. McGuffin
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507
Telephone:  (859) 226-2300
jcraig@stites.com
gparsons@stites.com
rmcguffin@stites.com

Kyle G.A. Wallace*
Shiver Hamilton Campbell, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
kwallace@shiverhamilton.com

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

BY:  /s/ Jerome P. Prather
Jerome P. Prather, Esq.