IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| HANNA ALBINA and AUSTIN WILLARD, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ALIERA COMPANIES, INC., TRINITY HEALTHSHARE, INC., and ONESHARE HEALTH, LLC d/b/a UNITY HEALTHSHARE, LLC,<br><br>Defendants. | Case No.: 5:20-CV-00496-DCR<br><br>*ELECTRONICALLY FILED* |

**PLAINTIFFS' NOTICE OF PROPOSED NATIONWIDE CLASS SETTLEMENT WITH DEFENDANT ONESHARE HEALTH LLC**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

COME the Plaintiffs, Hanna Albina and Austin Willard, by counsel, and hereby notify the Court of a proposed settlement of their outstanding claims against OneShare Health, LLC, on behalf of themselves and the members of the purported class they seek to represent as part of a proposed nationwide class settlement LLC in *Duncan v. OneShare Health, LLC, et. al,* No. 2:20-cv-00876-TLN-KJN, U.S. District Court, Eastern District of California. The proposed settlement, if approved, will resolve all claims against OneShare Health LLC by Plaintiffs and the proposed class in this litigation. As further information, Plaintiffs state as follows.

1. This case was stayed in its entirety by Judge Hood, pending the termination of the automatic stay imposed upon the initiation of bankruptcy proceedings of defendant Trinity HealthShare, Inc. [D.E. 61.] Subsequently this Court entered default judgment against Aliera,

which remains unrepresented by counsel and in default. [D.E. 72.] Aliera is now in bankruptcy. That bankruptcy action remains pending in a consolidated action in the United States Bankruptcy Court for the District of Delaware under Case No. 21-11548. This Court was notified of the initiation of the involuntary bankruptcy on December 8, 2021, which resulted in an automatic stay afforded by 11 U.S.C. § 362. [D.E. 75.] The judgment of this Court against Aliera is now a claim against Aliera's bankruptcy estate.

      2.      On April 28, 2022, Plaintiffs herein and their counsel, along with other plaintiffs who have claims and proposed class actions pending against OneShare in other jurisdictions, participated in a joint mediation of their claims against OneShare, held in Washington, D.C. before the Hon. Thomas Griffith, retired judge of the United States Court of Appeals for the D.C. Circuit. Although the claims were not resolved at that mediation, the parties engaged in continuing settlement negotiations that ultimately resulted in the proposed settlement of all claims.

      3.      Plaintiffs in this action are represented by, among others, Richard E. Spoonemore and Eleanor Hamburger. Mr. Spoonemore and Ms. Hamburger are also counsel of record for the original Plaintiffs and proposed class members in *Duncan*. Plaintiffs are also represented in this case by James Varellas, who is admitted in both this Court and the District Court in the Eastern District of California, and Jerome Prather, who is admitted in this Court and has been admitted *pro hac vice* in the District Court for the Eastern District of California, both of whom have entered their appearance in *Duncan*.

      4.      On or about May 25, 2023, the *Duncan* Plaintiffs moved the United States District Court for the Eastern District of California to: (1) lift the stay in *Duncan v. OneShare Health LLC*; (2) amend the complaint to expand the named plaintiffs and the proposed class to reflect a nationwide class, including the named plaintiffs (Mr. Albina and Mr. Willard) and proposed class members in this case; and (3) seek preliminary approval of the proposed settlement and class certification of the settlement class. A copy of the proposed nationwide settlement agreement is attached hereto as *Exhibit A*. Those motions are noticed for hearing on June 29,

2023. If the proposed settlement receives preliminary approval, the *Duncan* court will order the required class notice, conditionally approve the proposed claims process, and schedule a fairness hearing at which objections to the proposed settlement may be heard. Should the proposed settlement be finally approved by the Court in *Duncan,* then the claims in this matter pending against OneShare Health LLC shall be dismissed by the plaintiffs.

5.      The Plaintiffs in this action, Mr. Albina and Mr. Willard, believe that it is in their best interest and the best interest of the proposed class they seek to represent, to settle these claims along with foreign claimants on a nationwide basis. Among other reasons, this is because it appears that OneShare would be unwilling to settle class claims on any basis other than a nationwide basis, because the nature of the claims is substantially similar in every jurisdiction where a case is pending, because if a judgment were first reached in another action, it may render it less likely that the Kentucky plaintiffs would ever recover from OneShare, and because the proposed settlement appears to them to be fair and reasonable under the circumstance and likely maximizes the chances of an actual recovery on behalf of the class members.

6.      The parties will report to the Court on the status of the settlement approval process after the United States District Court for the Eastern District of California decides the motion for preliminary approval of the settlement agreement in *Duncan v. OneShare Health, LLC*. Until that time, the Plaintiffs ask that this action remain pending and that the existing stay be left in place.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS

BY: /s/ Jerome P. Prather

| | |
|---|---|
| Jerome P. Prather, Esq.<br>Garmer & Prather, PLLC<br>141 North Broadway<br>Lexington, Kentucky  40507<br>Telephone: (859) 254-9352<br>Facsimile: (859) 233-9769<br>jprather@garmerprather.com | William H. Anderson*<br>Handley Farah & Anderson PLLC<br>4730 Table Mesa Drive<br>Suite G-200<br>Boulder, CO 80305<br>Telephone: (303) 800-9109<br>Facsimile: (844) 300-1952<br>wanderson@hfajustice.com |
| James J. Varellas III<br>D. Todd Varellas<br>Varellas & Varellas<br>360 East Vine Street<br>Suite 320<br>Lexington, KY 40507<br>Telephone: (859) 252-4473<br>Facsimile: (859) 252-4476<br>jayvarellas@varellaslaw.com<br>tvarellas@varellaslaw.com | George Farah*<br>Rebecca P. Chang*<br>Handley Farah & Anderson PLLC<br>81 Prospect Street<br>Brooklyn, NY 11201<br>Telephone: (212) 477-8090<br>Facsimile: (844) 300-1952<br>gfarah@hfajustice.com<br>rchang@hfajustice.com |
| Richard E. Spoonemore*<br>Eleanor Hamburger*<br>Sirianni Youtz Spoonemore Hamburger PLLC<br>3101 Western Avenue, Suite 350<br>Seattle, WA 98121<br>Telephone.: (206) 223-0303<br>Facsimile: (206) 223-0246<br>rspoonemore@sylaw.com<br>ehamburger@sylaw.com | * Admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

BY: /s/ Jerome P. Prather
Jerome P. Prather, Esq.