IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| HANNA ALBINA and AUSTIN WILLARD, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>        vs.<br><br>THE ALIERA COMPANIES, INC., TRINITY HEALTHSHARE, INC., and ONESHARE HEALTH, LLC d/b/a UNITY HEALTHSHARE, LLC,<br><br>    Defendants. | Case No.: 5:20-CV-00496-DCR<br><br>***ELECTRONICALLY FILED*** |

## AGREED ORDER OF DISMISSAL

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Plaintiffs have informed the Court of the settlement of their claims asserted herein against OneShare Health, LLC, as part of a global settlement in *Duncan, et al. The Aliera Companies, Inc., et al.*, Case No. 2:20-CV-00867-TLN-KJN (E.D. Cal.), and that such settlement was approved by the United States District Court for the Northern District of California by Order entered January 16, 2024 [D.E. 129 in the case], and that the time for appeal of that final Order has now expired with no appeal having been taken.

The parties have further informed the Court that the bankruptcy proceeding relating to Trinity Healthshare, Inc. (at the time of bankruptcy filing, known as Sharity Ministries, Inc.), resulted in confirmation of a plan on December 12, 2021, in the United States Bankruptcy Court for the District of Delaware [Case No. 21-11001-JTD, D.E. 343], and the formation of a liquidating

trust, which is now in effect and which divests this Court of jurisdiction over any remaining debts of the Debtor Sharity Ministries, Inc., which have been transferred to the liquidating trust.

The parties have further informed the Court that the bankruptcy proceeding relating to The Aliera Companies, Inc., resulted in confirmation of a plan of liquidation on August 17, 2023, in the United States Bankruptcy Court for the District of Delaware [Case No. 21-11548, D.E. 5676], and the appointment of a liquidating trustee, which is now in effect and which divests this Court of jurisdiction over any remaining debts of the Debtor The Aliera Companies, Inc., which have been transferred to the liquidating trustee.

The parties are therefore in agreement that this action may be dismissed with prejudice.

The Court having considered the matters stated herein and having determined that all claims asserted against OneShare Health, LLC, have been resolved, and that this Court has been divested of jurisdiction relating to all claims asserted herein against Trinity Healthshare, Inc., and The Aliera Companies, Inc., IT IS NOW THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

1. All claims stated herein are hereby DISMISSED WITH PREJUDICE and this case is STRICKEN from the Court's docket.

2. Each party shall bear its own costs.

Agreed to by the undersigned parties:

ATTORNEYS FOR PLAINTIFFS

BY:  /s/ Jerome P. Prather

Jerome P. Prather, Esq.
Garmer & Prather, PLLC
141 North Broadway
Lexington, Kentucky  40507
Telephone: (859) 254-9352
Facsimile: (859) 233-9769
jprather@garmerprather.com

James J. Varellas III
D. Todd Varellas
Varellas & Varellas, PLLC
249 West Short Street
Suite 201
Lexington, KY 40507
Telephone: (859) 252-4473
Facsimile: (859) 252-4476
jayvarellas@varellaslaw.com
tvarellas@varellaslaw.com

Richard E. Spoonemore*
Eleanor Hamburger*
Sirianni Youtz Spoonemore Hamburger
PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone.: (206) 223-0303
Facsimile: (206) 223-0246
rspoonemore@sylaw.com
ehamburger@sylaw.com

William H. Anderson*
Handley Farah & Anderson PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Telephone: (303) 800-9109
Facsimile: (844) 300-1952
wanderson@hfajustice.com

George Farah*
Rebecca P. Chang*
Handley Farah & Anderson PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
rchang@hfajustice.com

ATTORNEYS FOR ONESHARE
HEALTH, LLC

BY:  /s/ Robin E. McGuffin (w/ permission)

Chadwick A. McTighe
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone:  (502) 587-3400
cmctighe@stites.com

Janet A. Craig
Gregory P. Parsons
Robin E. McGuffin
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507
Telephone:  (859) 226-2300
jcraig@stites.com
gparsons@stites.com
rmcguffin@stites.com

Kyle G.A. Wallace*
Shiver Hamilton Campbell, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
kwallace@shiverhamilton.com

* Admitted *pro hac vice*