UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| HANNA ALBINA, et al., | ) |
| Plaintiffs, | ) Civil Action No. 5: 20-496-DCR |
| V. | ) |
| THE ALIERA COMPANIES, INC., et al., | ) **ORDER** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The plaintiffs have tendered a proposed agreed order of dismissal, informing the Court that all claims have been resolved. [Record No. 88] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. All claims remaining in this matter are **DISMISSED**, with prejudice. This matter is **DISMISSED** and **STRICKEN** from this docket.

2. The parties shall bear their respective fees and expenses.

Dated: February 28, 2024.

*[Signed]*
Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky